IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.

UNITED STATES OF AMERICA,

       Plaintiff,

v.

$7,500.00 IN UNITED STATES CURRENCY,

       Defendant.

_____

**VERIFIED COMPLAINT FOR FORFEITURE *IN REM***
_____

The United States of America, by and through United States Attorney Cole Finegan and Assistant United States Attorney Kurt J. Bohn, pursuant to Supplemental Rules for Admiralty, Maritime and Asset Forfeiture Claims G (2), states:

## JURISDICTION AND VENUE

1. The United States of America (the "United States") has commenced this action pursuant to the civil forfeiture provisions of 21 U.S.C. § 881, seeking forfeiture of defendant property based upon violation of 21 U.S.C. § 801 *et seq.* This Court has jurisdiction under 28 U.S.C. §§ 1345 and 1355.

2. Venue is proper under 21 U.S.C. § 881(j) and 28 U.S.C. § 1395, as the defendant property is located, and all acts described herein occurred, in the District of Colorado.

## DEFENDANT PROPERTY

3. Defendant property is more fully described as:

1

a. $7,500.00 in United States Currency seized on May 26, 2023, at the USPS Denver Processing Facility located at 7550 East 53rd Place, Denver, Colorado. Defendant $7,500.00 is currently being held by the United States Postal Inspection Service, in Denver, Colorado.

## FACTUAL BASIS FOR FORFEITURE

Except as otherwise noted, all of the following facts and information have been discovered through my own investigation and observations, and the observations and investigations of fellow law enforcement officers as reported to me.

## MAY 24, 2023

## PARCEL # EI 206 218 505 US

4. On May 24, 2023, the United States Postal Inspection Service in Denver, Colorado identified a suspicious parcel sent from Casper Vaught, 109 Ensley Ave., Old Hickory, TN 37138 to Greg Piloto, 3849 Pecos St., Denver, CO 80211. The package was sent USPS Priority Mail Express tracking number EI 206 218 505 US, postage was $69.15 and paid for in cash.

5. Individuals involved in drug trafficking organizations that use the USPS to ship illegal narcotics, will often pay cash for the shipment, versus using a credit card. This is done in an attempt to conceal their identity and not create an electronic trail of their transactions.

6. Between November 8, 2022, and May 24, 2023, approximately five Priority Mail or Priority Mail Express parcels were mailed to the address of 3849 Pecos Street, Denver, CO 80211. The states mailing these packages to 3849 Pecos Street are

Minnesota, New York, and Tennessee.

7.  Between June 13, 2022, and May 24, 2023, approximately thirty-two USPS Priority Mail or First-Class USPS parcels were mailed to the address of 109 Ensley Ave., Old Hickory, TN 37138. The following states have mailed similar USPS parcels to 109 Ensley Ave., Old Hickory, TN 37138:

- Alabama, one parcel;
- California, thirteen parcels;
- Colorado, four parcels;
- Kentucky, five parcels;
- Maryland, one parcel;
- Maine, two parcels;
- Michigan, one parcel;
- New Jersey, one parcel;
- Ohio, one parcel;
- Oregon, one parcel;
- Puerto Rico, one parcel; and
- Texas, one parcel.

These States are known to be "Customer" States to the "Supplier" or "Source" State of Colorado.

8.  On May 24, 2023, the United States Postal Inspector attempted to contact the sender of the package Casper Vaught and left a voicemail at approximately 0800 hours asking for a return phone call in reference to the subject parcel. As of 3:00 p.m.,

3

the United States Postal Inspector did not receive a return phone call from Mr. Vaught.

9. On May 24, 2023, the parcel was externally examined by a certified narcotics detection canine of the Douglas County Sheriff's Office. The canine positively hit on the parcel for the odor of narcotics.

10. On May 26, 2016, a law enforcement officer executed a federal search warrant for the parcel. Upon opening the brown cardboard box, officers found a hydro-flask containing numerous bundles of United States currency.

11. The parcel is a previously used brown cardboard box, measuring 14" x 12" x 6" with multiple sticker labels partially torn off, and seams heavily taped over with clear packing tape. In my experience, this is done by individuals involved in drug trafficking organizations (DTO) to mask or minimize the internal odor of the parcel's contents from a police canine trained to detect the odors of illegal narcotics. In addition, the packaging also included a length of bubble wrap, one piece of brown butcher paper, large black hydro-flask with lid. Upon removing the lid from the hydro-flask, numerous bundles of United States currency were located inside containing three $10 dollar bills ($30), one hundred and eighty-one $20 bills ($3,620), five $50 dollar bills ($250), and thirty-six $100 dollar bills ($3,600) of defendant $7,500.00 in United States currency.

## **INVESTIGATION**

12. The investigation revealed that on April 12, 2020, and on April 20, 2021, Greg Piloto has posted marijuana photos to Instagram.

13. The claimant has continued to receive an excessive amount of USPS parcels. Between May 25, 2023, and October 18, 2023, approximately eleven USPS

Priority Mail or First-Class USPS parcels were mailed to the address of 109 Ensley Ave., Old Hickory, TN 37138. The following states have mailed similar parcels to 109 Ensley Ave., Old Hickory, TN 37138:

- California, seven parcels;
- Colorado, one parcel;
- New York, two parcels; and
- Washington, one parcel.

14. A claim for the U.S. currency seized was made by Mr. Casper Vaught who alleges that the money was sent to purchase a motorcycle from Mr. Piloto.

15. A search by law enforcement of Mr. Piloto's Instagram and Facebook Marketplace listings for the sale of a motorcycle found no postings for any sale.

16. A national search of title records indicates that the only owner of the motorcycle was Mr. Piloto and that it is still registered to him. There is no record of the transfer of ownership of the motorcycle as alleged by Mr. Vaught.

17. A State of Colorado marijuana investigator confirmed that neither Mr. Piloto or Mr. Vaught were employed in the legal marijuana business. Also, there was no records of Mr. Piloto purchasing marijuana legally in Colorado.

## **GREGORY PILOTO WAGES**

18. A search of Colorado employment records reveal Mr. Piloto's last employment was in the first quarter of 2020 in the amount of $5,925.48. There are no other reported wages since that time.

## CASPER VAUGHT WAGES

19. A nationwide search of the Department of Labor records revealed that Casper Vaught reported income was in the amount of $5,302.70 the first quarter of 2023, $9,100.38 in 2022, $16,423.82 in 2021, no wages reported for 2020 and 2019.

## CONCLUSION

20. In summary, there is reasonable cause to believe that Casper Vaught is involved in illegal drug trafficking and that the defendant assets are forfeitable as proceeds traceable to, and as property used or intended to be used in illegal drug trafficking pursuant to 21 U.S.C. § 881(a)(6).

<u>VERIFICATION OF ROBERT M. KING</u>
<u>UNITED STATES POSTAL INSPECTOR, UNITED STATES POSTAL INSPECTION SERVICE</u>

I, Postal Inspector Robert M. King, hereby state and aver under the pains and penalties of perjury that I have read the foregoing Factual Basis for Forfeiture and that the facts and information contained herein are true.

*s/ Robert M. King*
Robert M. King
United States Postal Inspector

<u>FIRST CLAIM FOR RELIEF</u>

21. The Plaintiff repeats and incorporates by reference the paragraphs above.

22. By the foregoing and other acts, defendant $7,500.00 in United States Currency constitutes money furnished or intended to be furnished by any person in exchange for a controlled substance, proceeds traceable to an exchange of controlled substances, and money used or intended to be used to facilitate a violation of 21 U.S.C. § 801, *et seq.* Therefore, defendant $7,500.00 in United States Currency is forfeitable to the United States pursuant to 21 U.S.C. § 881(a)(6).

WHEREFORE, the United States prays for entry of a final order of forfeiture for the defendant property in favor of the United States, that the United States be authorized to dispose of the defendant property in accordance with law, and that the Court enter a finding of probable cause for the seizure of the defendant property and issue a Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465.

DATED this 8th day of November, 2023.

        Respectfully submitted,

        COLE FINEGAN
        United States Attorney

By: *s/ Kurt J. Bohn*
    Kurt J. Bohn
    Assistant United States Attorney
    1801 California Street, Ste. 1600
    Denver, Colorado 80202
    Telephone: (303) 454-0100
    Fax: (303) 454-0404
    E-mail: kurt.bohn@usdoj.gov
    *Attorney for Plaintiff*